959 A.2d 906

Max C. MALONEY, Individually and as administrator
of the Estate of Linda E. Maloney

v.

VALLEY MEDICAL FACILITIES, INC., d/b/a The Medical Center, Beaver, Heritage Valley Health System, Inc., Beaver Internal Medicine Association, Tri–State Medical Group, Inc., Brighton Radiology Associates, P.C., Maurice Prendergast, M.D., And Richard E. Brennan, M.D.

Petition of Maurice Prendergast, M.D., Beaver
Internal Medicine Association and Tri–
State Medical Group, Inc.

No. 295 WAL 2008.

Supreme Court of Pennsylvania.

Oct. 30, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of October 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner is:

(1) Under the law as enunciated by the Supreme Court in *Mamalis v. Atlas Van Lines, Inc.,* 522 Pa. 214, 560 A.2d 1380 (1989), does a plaintiff's release of all claims against a principal also release an agent for whose conduct the principal would have been vicariously liable, regardless of any purported reservation in the release of a right to pursue a claim against the agent?